PS 42
(Rev 7/93)

# United States District Court
### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 09 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America     )
                             )
vs.                          )
                             )
Antonio L. Lewis             )
                             )  Case No.  0860 4:17CR00111-19 JM

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Antonio L. Lewis____, have discussed with ____Taylor Smith____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Adding the following:
(7)(h) get medical or psychiatric treatment as directed by Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4/2/19         _____  4/2/19
Signature of Defendant   Date          Pretrial Services/Probation Officer  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                     4-8-19
Signature of Defense Counsel                               Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on 4/9/19.
☐ The above modification of conditions of release is not ordered.

_____                                     4/9/19
Signature of Judicial Officer                              Date