PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 17 2019
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

United States of America      )
                              )
       vs.                    )
                              )
Antonio Lewis                 )
                              )   Case No.   8060 4:17CR00111-19JM

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Antonio L. Lewis___, have discussed with ___Taylor Smith___, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

(1) not use alcohol at all.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   7/15/19        _____   7/15/19
Signature of Defendant    Date          Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                          7-17-19
Signature of Defense Counsel                                    Date

The Assistant U.S. Attorney ☑ does ☐ does not concur with this modification.
☑ The above modification of conditions of release is ordered, to be effective on   7/17/19   .
☐ The above modification of conditions of release is *not* ordered.

_____                                          7/17/19
Signature of Judicial Officer                                    Date