# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

### WAIVER OF INDICTMENT

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
OCT 31 2019
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:17CR00111-19 JM |
| ) | |
| ANTONIO L. LEWIS ) | |

I, ANTONIO L. LEWIS, the above named defendant, who is accused of conspiracy to distribute and possess with intent to distribute a controlled substance (heroin), a violation of Title 21, United States Code, Sections 846, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on this 31st day of October, 2019, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ANTONIO L. LEWIS
Defendant

_____
SARA MERRITT
Counsel for Defendant

Before _____
Hon. James Moody, Jr.
United States District Judge