U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**

OCT 3 1 2019

IN OPEN COURT
JAMES W McCORMACK, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA ) 
) No. 4:17CR00111-19 JM
v. )
) 21 U.S.C. § 846
ANTONIO L. LEWIS )

### SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

From in or about December 2015, through in or about May 2017, in the Eastern District of Arkansas and elsewhere, the defendant,

ANTONIO L. LEWIS,

conspired with Aaron Laray Clark, aka "Black," and others to knowingly and intentionally possess with intent to distribute and to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

Respectfully Submitted,

CODY HILAND
United States Attorney

By: BENECIA B. MOORE (2006050)
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Benecia.Moore@usdoj.gov